OGILVIE, Respondent, v. BARRY et al., Appellants.

No. 980; January 27, 1866.

Appeal—Sufficiency of Evidence to Sustain Findings.—The supreme court will not hold there was insufficient evidence at the trial to justify the findings, even though the findings seem to be contrary to the weight of the evidence.

APPEAL from Fourth Judicial District, San Francisco County.

Spencer & Jarboe for respondent; W. H. L. Barnes for appellants.

SHAFTER, J.—The only question in this case is whether the evidence is sufficient to justify the findings. It may be conceded that the findings are contrary to the weight of the evidence, but the case is not one in which under the settled doctrines of this court we can grant a new trial.

Judgment affirmed.

We concur: Rhodes, J.; Sanderson, J.; Sawyer, J.